Michelle J. Shvarts (SBN 235300)
DISABILITY ADVOCATES GROUP
17525 Ventura Blvd., Ste 302
Encino, CA 91316
TEL:  (800) 935-3170
FAX: (800) 501-0272
mshvarts@dagaccess.com
Attorneys for Plaintiff, Melinda Coe

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA COE,                               ) | |
|       Plaintiff,                     ) | Case No.:  5:16-cv-00238-AFM |
|                          ) | |
|     vs.                               ) | [PROPOSED] ORDER RE |
|                          ) | STIPULATION FOR AWARD OF |
| CAROLYN W. COLVIN,               ) | EAJA FEES |
| Acting Commissioner Of Social       ) | |
| Security,                                      ) | |
|       Defendant.                   ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    **IT IS ORDERED** that attorney's fees under the Equal Access to Justice Act ("EAJA") are awarded in the amount of **THREE THOUSAND TWO HUNDRED DOLLARS** ($3,200.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 12/6/2016

                           ALEXANDER F. MACKINNON
                      UNITED STATES MAGISTRATE JUDGE